IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

FRANCIS B. SERIEUX
Plaintiff
vs Brenda Doe
Lacy King

Case No.

Action For
Civil Debt

Rec'd DOVI-ST 01 14'21 AM 10:54

Dated                    Respectfully Submitted

Rec'd,DCVI-ST 01 14'21 AM10:54

This is a lawsuit on District Court security guard fema① her hair is short & cut in a man hair cut. I think her name is Mrs. Brenda I forgot her name the top of her hair is dy a light red. Her name is Brenda Doe & all the security guards agreed.② I was go lick a letter close & she & everyone told me go outside & lick it & bring it back 1/16/21 the governor is givin them the right to be cruel. When it comes to wearing mask he's, making them act crazy & cruel I'm sick & disable & their violating my rights.③ I'm sueing only for them telling me go outside not for my disable rights. I ask the governor to expli —in that when people sick that they need to wipe their face from sweat &.④ When they can't talk good they need to lift mask he refuse to so people can act out of controll & crazy. The gover—⑤ —nor is paranoid & crazy & out of controll with mask & his policies. He's making the government work not work the lazy & violating the law. The suit's ~~[scribbled]~~ for 999,000,000,⑥ 0,000,000,000, 000,000 Iquillion Dollars. Submitted    Date: 1/11/21

Francis B. Deviaux